**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Weltha J. Jones-Rankins, ) | CV 10-01626-PHX-FJM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Cardinal Health Inc., ) | |
| Defendant. ) | |

At the commencement of this Title VII action in August 2010, we denied plaintiff's motion for leave to proceed *in forma pauperis*, stating that her affidavit did not support *in forma pauperis* status (doc. 7). We recently granted summary judgment in favor of defendant (doc. 81) and denied plaintiff's motion for reconsideration (doc. 83). On January 20, 2012, Plaintiff filed her notice of appeal to the Ninth Circuit (doc. 87). The court now has before it plaintiff's motion to proceed *in forma pauperis* on appeal (doc. 88).

Rule 24(a)(1) of the Federal Rules of Appellate Procedure requires a party seeking to proceed *in forma pauperis* on appeal to file a motion in district court, attaching an affidavit that: "(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Plaintiff has not complied with Rule 24(a)(1)(C), because she failed to state the issues she intends to raise on appeal. In addition, a review of plaintiff's affidavit does not support *in forma pauperis* status.

Indeed, compared to the affidavit plaintiff submitted in 2010, plaintiff has reduced her expenses.

**IT IS ORDERED DENYING** plaintiff's motion to proceed *in forma pauperis* on appeal (doc. 88).

The Clerk is directed to serve a copy of this order on the Ninth Circuit Court of Appeals pursuant to Rule 24(a)(4), Federal Rules of Appellate Procedure.

DATED this 20th day of January, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge