**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Weltha J. Jones-Rankins,  )<br>  )<br>            Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Cardinal Health Inc.,  )<br>  )<br>            Defendant.  )<br>_____  ) | No. CV 10-01626-PHX-FJM<br><br>**ORDER** |

The court has before it plaintiff's "Motion for Retroactive Disqualification of Judge Frederick J. Martone" (Doc. 94), to which no response has been received and the time for doing so has expired.

Final judgment entered on December 16, 2011, some two years ago. (Doc. 82). The Court of Appeals affirmed by Memorandum Decision on October 4, 2013, No. 12-15143. To our knowledge, the Mandate has not yet issued. We thus have no jurisdiction to entertain motions in the District Court. But even if we did, this motion would be denied on the merits. The allegations are groundless as a matter of fact, as a matter of logic and as a matter of law. It is ORDERED DENYING the Motion for lack of jurisdiction. (Doc. 94).

DATED this 23rd day of December, 2013.

*Frederick J. Martone*
Frederick J. Martone
Senior United States District Judge